# U.S. District Court
# District of Vermont (Brattleboro)
# CRIMINAL DOCKET FOR CASE #: 1:02-cr-00010-jgm-2

**Case title:** USA v. Galan, et al
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 01/31/02

---

**Assigned to:** Hon. J. Garvan Murtha
**Referred to:**

**Defendant(s)**
-----------------------

**Lincoln John Richards** (2)
*TERMINATED: 12/06/2002*

represented by **FPD**
Office of the Federal Public Defender
110 Cherry Street, 2nd Floor
Burlington, VT 05401
(802) 862-6990
*TERMINATED: 03/06/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Elizabeth D. Mann**
Office of the Federal Public Defender
110 Cherry Street, 2nd Floor
Burlington, VT 05401
(802) 862-6990
Email: beth.mann@fd.org
*TERMINATED: 12/06/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
----------------------

None

**Notes**
----------------

I hereby attest and certify on April 16, 2007, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: Lisa Wright
Deputy Clerk

**Sentenced Counts**
----------------------

**Disposition**
----------------

Imp. of 20 months. Vol. sur. 1/7/03. Recommendation: FCI Fort Dix. Supervised release of 4 years.

| | |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS - conspiracy to distribute crack cocaine (1s) | Participate in a program approved by USPO for substance abuse, which program may include testing. He shall participate in a mental health program approv ed by USPO. He shall contribute to the cost of program as determined by USPO. Special assessment $100/Imm. Forfeit: $2,090 and $2,800 in U.S. currency. |

**Highest Offense Level (Opening)**
---------------------------------------

Felony

| **Terminated Counts**<br>---------------------------- | **Disposition**<br>---------------- |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS - conspiracy to distribute crack cocaine (1) | dismissed on motion of the govt. |
| 21:841(a)(1); (b)(1)(B); 18:2=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - possession of cocaine w/intent to distribute (2) | dismissed on motion of the govt. |
| 21:841(a)(1); (b)(1)(B); 18:2=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE - possession of cocaine w/intent to distribute (2s) | dismissed on motion of the govt. |
| 21:853.F CRIMINAL FORFEITURES (4s) | dismissed on motion of the govt. |

**Highest Offense Level (Terminated)**
-------------------------------------------

Felony

**Complaints**
---------------

None

**Plaintiff**

-------------------

**United States of America** represented by **John-Claude Charbonneau**
Office of the United States Attorney
P.O. Box 10
Rutland, VT 05701-0010
(802) 773-0231
Email: ann.shaw@usdoj.gov
*TERMINATED: 03/14/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | Num# | Docket Text |
|---|---|---|
| 01/31/2002 | | RECORD OF GRAND JURORS CONCURRING (law) [Entry Date 01/31/2002] |
| 01/31/2002 | 1 | INDICTMENT by USA Counts filed against Jaime Galan (1) count(s) 1, 2, Lincoln John Richards (2) count(s) 1, 2; Cy to counsel, USPO (law) [Entry Date 01/31/2002] |
| 01/31/2002 | | File sent to Burlington as to defendant Jaime Galan, defendant Lincoln John Richards (law) [Entry Date 01/31/2002] |
| 01/31/2002 | | ARREST WARRANT ISSUED for Jaime Galan, Lincoln John Richards (law) [Entry Date 01/31/2002] |
| 02/01/2002 | | File sent to Brattleboro as to defendant Jaime Galan, defendant Lincoln John Richards (law) [Entry Date 02/01/2002] |
| 03/05/2002 | 2 | ORDER OF APPOINTMENT as to Lincoln John Richards Attorney FPD (jjj) [Entry Date 03/06/2002] |
| 03/06/2002 | 3 | CJA FORM 23 (Financial Affidavit) as to Lincoln John Richards (jjj) [Entry Date 03/06/2002] |
| 03/06/2002 | | ARREST of defendant Jaime Galan, defendant Lincoln John Richards on 3/4/02 (jjj) [Entry Date 03/06/2002] |
| 03/06/2002 | 4 | NOTICE OF APPEARANCE for Lincoln John Richards by Attorney Elizabeth D. Mann and terminating attorney FPD for Lincoln John Richards (pjd) [Entry Date 03/06/2002] |
| 03/06/2002 | | MINUTES: before Magistrate Judge Jerome J. Niedermeier (Ct Rptr: |

Case 1:07-cr-00060-S-DLM Document 1-5 Filed 04/19/2007 Page 4 of 9

| | | |
|---|---|---|
| | | taped) initial appearance of Jaime Galan w/Bradley Stetler, Esq.and, Lincoln John Richards w/Elizabeth Mann, AFPD present; John Conroy, AUSA present for Govt. Dft Jaime Galan, Lincoln John Richards arraigned; not guilty plea entered. ORDERED: Deft to be released on PR w/the following conditions: report to PTS as directed; maintain residence; remain employed or participate in an educational program; travel restricted to RI and VT for court purposes only; refrain from any use of alcohol or controlled substances; submit to treatment/testing w/o tampering; report any contact w/law enforcement personnel to PTS a.s.a.p. and maintain contact w/atty; no contact w/co-deft. Deft Richards to resolve RI warrant. (jjj) [Entry Date 03/07/2002] |
| 03/06/2002 | 6 | ORDER SETTING CONDITIONS OF RELEASE for Lincoln John Richards by Magistrate Judge Jerome J. Niedermeier cc: all counsel, USPO, USM (jjj) [Entry Date 03/07/2002] |
| 03/07/2002 | 9 | CRIMINAL PRETRIAL ORDER setting Motion Filing deadline for 4/6/02 for Jaime Galan, for Lincoln John Richards , Jury Draw set for 4/22/02 for Jaime Galan, for Lincoln John Richards ( Magistrate Judge Jerome J. Niedermeier ) (cc: all counsel) (pjd) [Entry Date 03/07/2002] |
| 03/11/2002 | 11 | ARREST WARRANT RETURNED EXECUTED as to defendant Lincoln John Richards ; defendant arrested on 3/5/02 (law) [Entry Date 03/11/2002] |
| 03/11/2002 | 12 | SUPERSEDING INDICTMENT by USA; counts filed against Jaime Galan (1) count(s) 1s, 2s, 4s, Lincoln John Richards (2) count(s) 1s, 2s, 4s, Carlos Javyer Gonzalez Aponte (3) count(s) 1, 2, 3, 4, 5 Cy to USA, Attys and USPO (wjf) [Entry Date 03/12/2002] |
| 03/11/2002 | | RECORD OF GRAND JURORS CONCURRING (wjf) [Entry Date 03/12/2002] |
| 03/19/2002 | 13 | NOTICE OF HEARING ; arraignment set for Rutland 1:00 4/1/02 for Jaime Galan Cy to affected parties, USPO (cab) [Entry Date 03/19/2002] |
| 03/21/2002 | 14 | NOTICE OF HEARING ; arraignment set for Brattleboro 1:30 3/27/02 for Lincoln John Richards Cy to affected parties, USPO (cab) [Entry Date 03/21/2002] |
| 03/27/2002 | 15 | UNOPPOSED MOTION to enlarge time for 60 days to file pretrial motions by Lincoln John Richards (cab) [Entry Date 03/27/2002] |
| 03/27/2002 | | MINUTES: In Court before Chief Judge J. G. Murtha (Ct Rptr: Anne Coughlin). T. Anderson, AUSA, for the Govt. E. Mann, Esq., with Deft RICHARDS for ARRAIGNMENT on SUPERSEDING INDICTMENT. Lincoln Richards, sworn by the Clerk, was examined by the Court. Deft |

| | | |
|---|---|---|
| | | waived reading of the Superseding Indictment, was arraigned and pled not guilty as to cts 1, 2 and 4 of the Superseding Indictment. Statements made by Mr. Anderson and Ms. Mann. ORDERED: Motions due 4/24/02; tentative trial date of 5/15/02. Bail/conditions continued as previously set. arraignment held on 3/27/02 ; pretrial motions due 4/24/02 for Lincoln John Richards , dft Lincoln John Richards arraigned; not guilty plea entered; Attorney Mann present; (cab) [Entry Date 03/27/2002] |
| 03/27/2002 | 16 | CRIMINAL PRETRIAL ORDER setting Motion Filing deadline for 4/24/02 for Lincoln John Richards , Jury Draw set for 9:30 5/15/02 for Lincoln John Richards ( Chief Judge J. G. Murtha ) (cc: all counsel) (cab) [Entry Date 03/27/2002] |
| 04/01/2002 | 17 | ORDER by Chief Judge J. G. Murtha granting [15-1] motion to enlarge time for 60 days to file pretrial motions ; pretrial motions due 6/5/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte jury draw cancelled on 4/1/02 , excludable ends of justice , time excluded from 3/27/02 to 6/5/02 (cc: all counsel) (amn) [Entry Date 04/01/2002] |
| 04/01/2002 | 18 | CRIMINAL PRETRIAL ORDER setting Motion Filing deadline for 6/5/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte , Jury Draw set for 6/26/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte ( Chief Judge J. G. Murtha ) (cc: all counsel) (wjf) [Entry Date 04/01/2002] |
| 04/10/2002 | 21 | CRIMINAL PRETRIAL ORDER setting Motion Filing deadline for 5/8/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte , Jury Draw set for 5/21/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte ( Magistrate Judge Jerome J. Niedermeier ) (cc: all counsel) (pjd) [Entry Date 04/10/2002] |
| 05/08/2002 | 23 | ORDER by Chief Judge J. G. Murtha granting [22-1] motion to continue motions deadline ; pretrial motions due 7/8/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte excludable ends of justice , time excluded from May 2, 2002 to July 8, 2002 (cc: all counsel) (cab) [Entry Date 05/08/2002] |
| 06/04/2002 | | ENDORSED ORDER granting [25-1] motion to amend conditions of release to allow travel to NJ as to dft Aponte. Deft Aponte's conditions of release are amended to permit him to travel to and from NJ for employment purposes only. Otherwise, his conditions of release remain in full force and effect. ( Chief Judge J. G. Murtha )Cy to parties, USM and USPO (See referenced doc. for image) (cab) [Entry Date 06/04/2002] |
| 06/04/2002 | 26 | UNOPPOSED MOTION to enlarge time to file pretrial motions until |

| | | |
|---|---|---|
| | | July 5, 2002 by deft Richards by Lincoln John Richards (cab) Modified on 06/05/2002 |
| 06/14/2002 | 27 | ORDER by Chief Judge J. G. Murtha granting [26-1] motion to enlarge time to file pretrial motions until July 5, 2002 by deft Richards ; pretrial motions due 7/8/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte excludable ends of justice , time excluded from June 5, 2002 to July 8, 2002 (cc: all counsel) (cab) [Entry Date 06/14/2002] |
| 07/08/2002 | 30 | PLEA AGREEMENT as to Lincoln John Richards (pjd) [Entry Date 07/08/2002] |
| 07/09/2002 | 31 | ORDER by Judge J. G. Murtha granting [28-1] motion to continue motions deadline until August 8, 2002 by Deft Aponte ; pretrial motions due 8/8/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte , excludable ends of justice , time excluded from July 8, 2002 to August 8, 2002 (cc: all counsel) (cab) [Entry Date 07/09/2002] |
| 07/12/2002 | 32 | NOTICE OF HEARING ; change of plea hearing set for 1:00 7/31/02 in Brattleboro for Lincoln John Richards Cy to affected parties, USPO (wjf) [Entry Date 07/12/2002] |
| 07/12/2002 | 33 | ORDER by Judge J. G. Murtha granting [29-1] motion to continue time for filing pre-trial motions ; pretrial motions due 8/8/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte , excludable ends of justice , time excluded from July 8, 2002 to August 8, 2002 (cc: all counsel) (cab) [Entry Date 07/12/2002] |
| 07/31/2002 | | MINUTES: In Court before Judge J. G. Murtha (Ct Rptr: Anne Coughlin). J-C. Charbonneau, AUSA, for the Govt. E. Mann, Esq., with deft RICHARDS for CHANGE OF PLEA. Lincoln Richards, sworn by the Clerk, was examined by the Court. Statements made by Mr. Charbonneau (facts of the case) and Ms. Mann. Deft had leave of the court to withdraw his not guilty plea as to ct 1 and enter a plea of GUILTY as to ct 1 of the superseding indicment. ORDERED: Plea is accepted. USPO to prepare PSI. Sentencing date of 12/6/02, 11:00 a.m., Brattleboro. Bail/conditions continued as previously set. change of plea hearing held on 7/31/02 ; sentencing hearing set for 11:00 12/6/02 for Lincoln John Richards , guilty plea entered by Lincoln John Richards to count(s) 1(s) (cab) [Entry Date 07/31/2002] |
| 07/31/2002 | 34 | PROCEDURAL ORDER by Judge J. G. Murtha as to defendant Lincoln John Richards Cy to parties (cab) [Entry Date 07/31/2002] |
| 07/31/2002 | 35 | NOTICE OF HEARING sentencing hearing set for Brattleboro 11:00 12/6/02 for Lincoln John Richards Cy to affected parties, USPO (cab) [Entry Date 07/31/2002] |

| | | |
|---|---|---|
| 08/07/2002 | 37 | ORDER by Judge J. G. Murtha granting [36-1] motion to continue motions filing deadline to 9/8/02 ; pretrial motions due 9/9/02 for Jaime Galan, for Lincoln John Richards, for Carlos Javyer Gonzalez Aponte , excludable ends of justice , time excluded from August 8, 2002 to September 9, 2002 (cc: all counsel) (cab) [Entry Date 08/07/2002] |
| 09/27/2002 | 38 | NOTICE OF HEARING change of plea hearing set for Brattleboro 2:00 10/18/02 for Jaime Galan Cy to affected parties, USPO (cab) [Entry Date 09/27/2002] |
| 10/01/2002 | 39 | NOTICE OF HEARING change of plea hearing set for Brattleboro 10:30 10/25/02 for Carlos Javyer Gonzalez Aponte Cy to affected parties, USPO (cab) [Entry Date 10/01/2002] |
| 10/11/2002 | | ENDORSED ORDER granting [40-1] motion to direct Marshal to pay for travel to Court as to dft Galen ( Chief Judge William K. Sessions III ) Cy to parties, USM (See referenced doc. for image) (pjd) [Entry Date 10/11/2002] |
| 10/18/2002 | 43 | NOTICE OF HEARING ; sentencing hearing set for Brattleboro 11:00 2/10/03 for Jaime Galan Cy to affected parties, USPO (cab) [Entry Date 10/18/2002] |
| 10/25/2002 | 45 | NOTICE OF HEARING ; sentencing hearing set for 10:00 3/3/03 in Brattleboro for Carlos Javyer Gonzalez Aponte Cy to affected parties, USPO (wjf) [Entry Date 10/25/2002] |
| 11/18/2002 | 47 | NOTICE OF HEARING sentencing hearing set for Brattleboro 3:00 12/6/02 for Lincoln John Richards Cy to affected parties, USPO (cab) [Entry Date 11/18/2002] |
| 12/02/2002 | 48 | NOTICE OF HEARING ; sentencing hearing set for Brattleboro 10:00 3/3/03 for Carlos Javyer Gonzalez Aponte Cy to affected parties, USPO (cab) [Entry Date 12/02/2002] |
| 12/02/2002 | 49 | SENTENCING MEMORANDUM as to Lincoln John Richards by Lincoln John Richards (pjd) [Entry Date 12/02/2002] |
| 12/03/2002 | 50 | MOTION for downward departure as to Deft Richards by USA as to Lincoln John Richards (wjf) [Entry Date 12/03/2002] |
| 12/06/2002 | | MINUTES: In Court before Judge J. G. Murtha (Ct Rptr: Anne Coughlin). J-C. Charbonneau, AUSA, for the govt via video conferencing. E. Mann, Esq., with Deft LINCOLN JOHN RICHARDS for SENTENCING HEARING. Statements made by Ms. Mann, Mr. Charbonneau and Mr. Richards. ORDERED: granting [50-1] motion for downward departure as to Deft Richards sentencing hearing held on |

Case 1:07-cr-00060-S-DLM Document 1-5 Filed 04/19/2007 Page 8 of 9

| | | |
|---|---|---|
| | | 12/6/02 , sentencing Lincoln John Richards (2) count(s) 1s. Imp. of 20 months. Vol. sur. 1/7/03. Recommendation: FCI Fort Dix. Supervised release of 4 years. Participate in a program approved by USPO for substance abuse, which program may include testing. He shall participate in a mental health program approved by USPO. He shall contribute to the cost of programs as determined by USPO. Special assessment $100/Imm. Forfeit: $2,090 and $2,800 in U.S. currency. Deft notified of appeal rights. Conditions of release continued as previously set. dismissing counts as to Lincoln John Richards (2) count(s) 1, 2s , 2 , 4s . dismissed on motion of the govt. , terminating party Lincoln John Richards (cab) [Entry Date 12/06/2002] |
| 12/12/2002 | 51 | JUDGMENT AND COMMITMENT as to Lincoln John Richards terminating party Lincoln John Richards by Judge J. G. Murtha (cc: all counsel, USM and USPO) (cab) Modified on 12/12/2002 |
| 12/12/2002 | | File sent to Burlington as to defendant Lincoln John Richards (cab) [Entry Date 12/12/2002] |
| 01/14/2003 | 52 | JUDGMENT and Commitment returned executed on 1/7/03 as to Lincoln John Richards (law) [Entry Date 01/14/2003] |
| 01/28/2003 | 53 | SCHEDULING ORDER by Judge J. G. Murtha sentencing set for 11:00 2/10/03 in Brattleboro for Jaime Galan (Cy to affected parties) (amn) [Entry Date 01/28/2003] |
| 02/11/2003 | 57 | SCHEDULING ORDER by District Judge J. G. Murtha sentencing set for 10:00 3/3/03 in Brattleboro for Carlos Javyer Gonzalez Aponte (Cy to affected parties) (wjf) [Entry Date 02/11/2003] |
| 02/27/2003 | 61 | NOTICE OF HEARING ; sentencing hearing set for 9:30 3/14/03 in Brattleboro for Carlos Javyer Gonzalez Aponte Cy to affected parties, USPO (wjf) [Entry Date 02/27/2003] |
| 03/20/2003 | 65 | MOTION for Issuance of a Preliminary Order Of Forfeiture to all dfts by USA (law) Modified on 03/21/2003 |
| 03/21/2003 | 66 | PRELIMINARY ORDER OF FORFEITURE by District Judge J. G. Murtha granting [65-1] motion for Issuance of a Preliminary Order Of Forfeiture to all dfts. Deft Ricahrds forfeits $2,090 and $2,800 in U.S. currency; deft Galan forfeits $2,090 and $2,800 in U.S. currency; Deft Aponte forfeits $2,090, $2,800 and $4,205 in U.S. currency. (cc: all counsel) (cab) [Entry Date 03/21/2003] |
| 04/24/2003 | 67 | RETURN OF SERVICE executed as to dfts Jaime Galan, Lincoln John Richards, Carlos Javyer Gonzalez Aponte on 4/23/03 re: NOtice of Forfeiture (law) [Entry Date 04/25/2003] |

| | | |
|---|---|---|
| 05/21/2003 | 68 | GOVERNMENT'S MOTION for issuance of a final order of forfeiture by USA as to Jaime Galan, Lincoln John Richards, Carlos Javyer Gonzalez Aponte (cls) [Entry Date 05/21/2003] |
| 06/09/2003 | | File sent to Brattleboro (jse) [Entry Date 06/09/2003] |
| 06/13/2003 | 69 | FINAL ORDER OF FORFEITURE by District Judge J. G. Murtha granting [68-1] motion for issuance of a final order of forfeiture. (cc: all counsel) (cab) [Entry Date 06/13/2003] |
| 09/18/2003 | 71 | PROBATION TRANSFER PAPERS received in District of Rhode Island including certified copies of: docket sheet, charging document, plea agreement, judgment and commitment (law) [Entry Date 09/18/2003] |
| 04/16/2007 | 72 | PROBATION FORM 22 - Probation Jurisdiction Transferred to District of Rhode Island as to Lincoln John Richards. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, plea agreement, judgment and docket sheet. (Attachments: # 1 Letter to USDC-RI)(law) [Entry Date 04/16/2007] |